USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BYERS,

        Plaintiff,

v.

THE LONG ISLAND RAILROAD COMPANY,

        Defendant.

No. 19-CV-10226

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the parties' consent to conduct all proceedings in this case before Magistrate Judge Freeman, the initial status conference scheduled for January 17, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated:   January 10, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge